# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LEVIA MOULTRIE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case no. 3:11-cv-00500-DRH-PMF** |
| ) | |
| **PENN ALUMINUM INTERNATIONAL,** ) | |
| **LLC, and INTERNATIONAL** ) | |
| **BROTHERHOOD OF ELECTRICAL** ) | |
| **WORKERS, AFL-CIO, LOCAL 702,** ) | |
| ) | |
| **Defendants.** ) | |

## DISCLOSURE OF EXPERT AND CONSULTATION REPORT

Pursuant to the modified Scheduling Order, Plaintiff, Levia Moultrie, by his undersigned attorney, files his Disclosure of Expert of Consultation Report, disclosing Robert T. Carter as his expert and submitting the Consultation Report, attached hereto as Exhibit A.

Dated: August 10, 2012.

                                                                           Jana Yocom, P.C.

                                                       By:_____
                                                       Jana Yocom
                                                     Attorney for Plaintiff

Jana Yocom, P.C.
ARDC #6193677
320 S. 11th Street
Suite 1
Mt. Vernon, Illinois 62864
Telephone:  618-731-1944
Facsimile:  618-242-4808

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 10th day of August, 2012 the foregoing document was served on each party entitled to be served using the electronic transmission:

Laura M. Jordan
Attorney for Defendant
One US Bank Plaza
St. Louis, Missouri  63101

Susan M. Lorenc
Attorney for Defendant
55 East Monroe Street
37th Floor
Chicago, Illinois 60603

Marilyn Teitelbaum
Rochelle G. Skolnick
Schuchat, Cook & Werner
1221 Locust Street, 2nd Floor
St. Louis, MO 63103-2364

                                                    /s/ Jana Yocom

                                                    _____
                                                    Jana Yocom