Robert T. Carter, Ph.D. and Associates

27 Cannon Street

West Orange, NJ 07052

8/10/2012


Expert Report in the matter of Moultrie v Penn Aluminum et al. submitted to

Jana Yocom, Attorney at Law

320 S. 11th Street

Mt. Vernon, Illinois 62864.

Background

The lawsuit was brought against Penn Aluminum and other corporate defendants alleging violations of the Federal Civil Rights Acts and the National Labor Relations Act. It is alleged that Mr. Moultrie suffered emotional distress and psychological injury, as a result of being exposed to racial discrimination and retaliation for his complaints.

Qualifications

I was contacted about this case on or about June 8th or 9th, 2012. I was retained on June 15th, 2009 and asked to submit my report on or before August 10th, 2012. I have been retained to provide a social framework as a context for the issues alleged in the case. The social framework provides a context for the allegations of racial discrimination. The framework is based on published research literature in the law and social sciences. In addition the social framework analysis I was asked to consider the racial aspects of Mr. Moultrie's experiences and to assess whether he suffered any race-related emotional distress or race-based traumatic stress injury. I am a licensed psychologist in the State of New York, and a fellow in the American Psychological Association (please see my curriculum vitae for further details).

Previous Testimony

My last deposition testimony was three years ago in 2009 (please see my curriculum vitae for further details.)

Fee Structure

Phase One: Expert report

The hourly fee for the first phase of the work was $200.00 per hour (including travel time) plus expenses, as well as $100.00 per hour for a research assistant.

Phase Two: Deposition

The hourly fee for the second phase of the work is $250.00 an hour (including travel time) and expenses.

Phase Three: Trial testimony

The hourly fee for the third phase of the work is $300.00 an hour (including travel time) plus expenses.

<u>Documents Reviewed</u>

Amended Complaint

Second Amended Complaint

Plaintiff's First Amended Disclosures

Plaintiff's Supplemental Response to International Brotherhood of Electrical Workers, AFL-CIO, Local 702 First Request for Production of Documents To Plaintiff Levia Moultrie

Plaintiff's Response to Defendants International Brotherhood of Electrical Workers, AFL-CIO, Local 702 Objections to First set of Interrogatories to Plaintiff

Plaintiff's Response to Defendant Penn Aluminum's First set of Interrogatories

Exhibits from Deposition of Mr. Moultrie

Plaintiff's First Request for Production to Defendant the Marmon Group, LLC

Plaintiff's First Request for Production to Defendant the Penn Aluminum International, LLC

Plaintiff's Second Request for Production to Defendant Penn Aluminum, International LLC

Plaintiff's Amended First Request for Production to Defendant International Brotherhood of Electrical Workers, AFL-CIO, Local 702

Plaintiff's Second Request for Production to Defendant International Brotherhood of Electrical Workers, AFL-CIO, Local 702

L. Moultrie Deposition Testimony

G. Blaine Deposition Testimony

K. Sizemore Deposition Testimony

M. Steele Deposition Testimony

P. Crawford Deposition Testimony

S. Gale Deposition Testimony

D. Mann Deposition Testimony

Illinois Department of Human Rights Investigation

Penn Aluminum Personnel files – (See Appendix A)

<u>Other Information Relied Upon for Report</u>

Interview with Mr. Moultrie

Social Framework for Opinions

My opinions in this case are considered within the social context in which racial discrimination in the workplace occurs. Race and racial encounters in the United States are complex and controversial matters. Therefore, it is essential that the issues in the case be considered within the context of how race is understood and operates in everyday life. Moreover, it is critical to consider some of the race-related practices and experiences that minority people encounter, as documented by scholarship, media accounts, and research evidence (Gilliam, Valentino & Beckmann, 2002).

The United States has a long and painful history of racism based on skin color, physical features, and language that created systems and practices that continue to result in racial stratification, racial minorities having unequal rights, and minorities being mistreated. Americans have the legal right to a workplace free of racial hostility. Workplace discrimination is illegal according to the Civil Rights Acts of 1866 and 1964 and similar State laws, however, researchers who study the prevalence of workplace discrimination show that Americans continue to experience unfair treatment. Although national polls have found that 69% of White and 59% of Black Americans believe that race relations have improved over time (Jones 2008), the historical legacy of racism remains. Today, although the expression of racism and racial bias has become more subtle and indirect, it is still alive and well.

The continued occurrence and impact of racism has been well documented in research and the popular press. Many respected social and government organizations have identified racism as a socio-political issue that contributes to health, mental health, educational, and workplace disparities (e.g., Smedley, Stith, & Nelson's *Unequal Treatment: Confronting racial and ethnic health disparities in healthcare,* Institutes of Medicine, 2003; *Mental health: Culture,*

*race, and ethnicity. A Supplement to Mental health: a Report of the Surgeon General*, U.S. Department of Health and Human Services, 2001). These reports do not question the existence of racism as a current feature of everyday life in the United States.

Racism may take several forms, many of which have been investigated in research that examines the impact of racism on mental and physical health in various settings like workplaces. One form of racism is avoidance or social exclusion wherein people are rejected or ignored because of their race or ethnicity. Another form is hostility or racial harassment, which includes verbal and non-verbal acts directed at people to demean, intimidate, silence, or communicate inferior status based on their race (e.g., that the person is powerless). A third kind of racism, is aversive-hostility, which can occur in schools or in the workplace when people encounter barriers, lack of opportunity and, in some instances, a racially hostile environment. These forms of racism can be expressed overtly as in the use of racial slurs, intimidation and threats, or they can be covert or indirect (Brondolo, ver Halen, Pencille, Beatty, & Contrada, 2009; Carter, 2007). Whatever form it takes, racism is a significant stressor whose adverse health and mental health effects on Black Americans has been well documented in the empirical research literature (Brondolo, et al., 2009; Carter, 2007; Dovidio, Gaertner, Kawakami, & Hodson, 2002; Forsyth & Carter, 2012; Pieterse, Todd, Neville, & Carter, 2012; Williams & Mohammad, 2009).

*General Prevalence of Racial Discrimination*

Research on racial discrimination demonstrates that many Americans continue to experience racial discrimination in various areas of life (e.g., schools and work). In my own investigations (Carter et al., 2005; 2007) of 233 Black, Asian, Biracial, and Latino peoples' experiences with racial discrimination, I found that 89% of the participants had experienced racial discrimination. Recent studies have found that Black Americans, in particular, face high

rates of racial discrimination. For example, using data from a national probability sample from a longitudinal study (conducted over a 15-year period) that included White (1,813) and Black Americans (1,507), Borrell and colleagues (2007) found that 89% of the Black Americans experienced racial discrimination in one of several domains (e.g., getting a job, at work, in housing, receiving medical care) and 34% experienced racial discrimination in at least three of the domains. In comparison, only 1% of White Americans reported experiencing racial discrimination in at least three of the domains. Similarly, in a study of the prevalence of workplace harassment (e.g., verbal aggression, disrespectful behavior) and racial discrimination in a racially diverse sample of 1200 low-income workers, high levels of exposure to racial discrimination was reported by 37% of the workers of Color, as compared to 10% of White workers; and among the workers of Color, Blacks reported the highest level of exposure at 44% (Krieger et al., 2006).

    Recent research that focuses only on Black samples has found similar results to those found in mixed race samples. A study using data from the National Survey of Black Workers found that 71% of the sample reported having had an experience of racial discrimination (Martin et al., 2003).  In a study examining the frequency of racial discrimination in health care settings, Lewis and colleagues (2006) found that 85% of the Black women in the study experienced "everyday" forms of discrimination (i.e., minor, everyday insults that individuals may experience as members of a minority group). The above mentioned studies provide a sample of well documented findings that people of Color continue to experience racial discrimination; and that Black Americans experience higher rates of exposure. One domain that racial minorities experience discrimination is at work as evidenced by Equal Employment Opportunity Commission (EEOC) data.

Statistical data on charges filed at the EEOC for race-based work discrimination indicate that 38,227 charges of racial discrimination were filed in 2011, a 9% increase over complaints recorded for 2007. This increase is likely a significant underestimate of the number of incidents of workplace discrimination that actually occurred in 2011 since researchers report that racial minority group members tend to minimize their race-related experiences and are reluctant to file formal charges (Hammond, Gillen, & Yen, 2010; Hirsh & Kormrich, 2008). Studies involving many racial groups (Whites, minorities, etc.) have found that minority group members reported more workplace discrimination than majority group members. Black Americans were more likely than other racial-ethnic employees to report frequent and multiple types of discrimination exposure.

In summary, research on the frequency of racial discrimination shows that racism occurs in a variety of settings with prevalence rates ranging from 37% to 89%, One area of life where racial discrimination can have a particularly significant impact on a person's overall well-being is at work.

*Workplace Discrimination and Harassment*

A large body of research has focused on issues of discrimination and prejudicial practices in the workplace. Much of this work has looked at the discriminatory practices of individual managers and supervisors, while some has looked into the institutional practices of labor organizations and its members. Overall, the research points to the negative effects of racism and discrimination on socially stigmatized groups, with a heavy focus on racial minorities. In much of the research, Black Americans are the target of an overwhelming majority of the discriminatory practices investigated.