*Racial Discrimination Lawsuits against Labor Unions*

In 2010, a Black male security guard (Plaintiff), filed a lawsuit against his employer and union claiming he was racially discriminated against by being discharged. According to the case, the Black male was also the target of a derogatory comment by a co-worker (i.e., "Black people are a pain in the ass"), yet said employee was not disciplined (Cooper v. Allied Barton Security Services, 2010).

In 2000, a Black employee (Plaintiff) was reportedly a target of mock lynching (White employee forced a loop of a hangman's noose over Plaintiff's head while they worked and hollered, "skin him"). The plaintiff filed a lawsuit against the union alleging it discriminated against him in processing the grievance about the White employee who committed the act, for tolerating an atmosphere of discrimination, and for incorrectly handling his claim, in violation of both Federal law and State (New Jersey) Laws Against Discrimination (NJLAD). The Union was found to have aided and abetted the defendants (White employees) in violation of the NJLAD (Jackson v. T & N Van Services, 2000).

In 1984, Black employees (Plaintiffs) filed a lawsuit against their employer, a steel company, for a discriminatory seniority system, wrongful termination, and discriminatory hiring practices, among other allegations. According to the case, a Black foreman was told "you'll get yours, you f**** n***", when he attempted to instruct a White employee, yet said employee was not disciplined. The employer was found to have engaged in discriminatory behaviors in job assignments, promotions, transfers, and in tolerating racial harassment. The Union was found to have engaged in discriminatory behavior by not challenging discriminatory discharges, failure and refusal to assert racial discrimination as a ground for a grievance, and by tolerating and encouraging racial harassment (Goodman v. Lukens Steel Company, 1984).

In summary, the aforementioned discriminatory patterns and sample lawsuits brought against unions provide evidence that many unions have historically struggled with ensuring a discrimination-free environment.

*Pathways of Harm from Racial Discrimination*

Social science and legal research provides evidence on the prevalence and impact of experiences of discrimination in workplaces and unions, the research on the general impact of racism is important in understanding the overall and cumulative effects of hostile work environments and acts of racial discrimination. Williams and Williams-Morris (2000) suggest that racism and racial discrimination affects mental health through multiple pathways. One is the restriction of access and opportunity. Another is exposure to unhealthy or demanding work or living conditions. A third is exposure to negative stereotypes that justify racial differences. These pathways may lead to impaired health and psychological functioning due to the chronic stress and strain they produce (Carter, 2007; Clark, Anderson, Clark, & Williams, 1999; Thompson & Neville, 1999).

Nearly three decades of research using a variety of methods (i.e., cross-sectional, longitudinal, experimental), various measures of different types of racism and discrimination (i.e., major, acute events vs. chronic daily hassles; single items vs. multidimensional scales), different timeframes for exposure to racial experiences (i.e., last month, last year, last 3 years, lifetime), and an assortment of outcome variables (i.e., measures of mental health, self-report and objective measures of health) with a variety of racial minority groups at various stages of life (i.e., adolescents, younger and older adults) has found that racism is a source of chronic stress that has a negative impact on a range of indices of health and mental health.

*Health Effects*: Researchers have consistently shown the negative effects of racism on the physical health of racial minorities. Racial discrimination is studied as a form of stress that triggers physiological responses (e.g., elevated blood pressure), resulting in health-related problems (Brondolo et al, 2003, 2008; Lewis et al, 2006; Pascoe & Richman, 2009). Over 250 studies over the last 26 years have examined the relationship between discrimination and health. A recent meta-analysis of results from 134 studies conducted between 1986 and 2007 found a significant association between increased perceived discrimination and poor health outcomes (Pascoe & Richman, 2009). Experiences of racial discrimination have been consistently associated with increased cardiovascular reactivity in laboratory experiments (Williams & Mohammed, 2009), and have also been identified as a risk factor for smoking (Bennett et al, 2005; Guthrie et al, 2002; Landrine & Klonoff, 2000), substance use (Borrell, et al, 2007; Marin, et al, 2003), and many other chronic health conditions (Williams & Mohammed, 2009).

In a longitudinal study, Shulz et al, (2006) examined the relationship between experiences of discrimination over time and health outcomes among 343 African Americans women and found that women with increased experiences of discrimination over time also experienced decreased self-rated general health and increased depressive symptoms. Din-Dzietham et al, (2004) also reported positive associations between race-based discrimination at work and hypertension for Black adults, and results obtained by Collins et al, (2004) provided evidence that employment-based racial discrimination leads to "psychosocial job strain" (p. 2135) and health problems.

In summary, nearly three decades of empirical research has provided consistent evidence that racial discrimination can have a powerful impact on physiological and biological systems.

The physiological stress-related response that results from exposure to racial discrimination can also have a powerful and significant impact on one's psychological and emotional state.

*Mental Health*: The negative effects of discrimination on mental health are well documented. Even relatively minor race-related experiences can result in a great deal of suffering, particularly when efforts to cope and adapt fail, resulting in a stress response that can led to trauma (Bryant-Davis & Ocampo, 2005; Carter, 2007; Carter & Forsyth, 2009). Empirical studies have found significant links between self-reported experiences of racial discrimination and negative mood, depressive symptoms, feelings of hopelessness, anxiety and psychological distress (Paradies, 2006; Pascoe & Richman, 2009).

Pascoe and Richman (2009) conducted a comprehensive meta-analysis of studies conducted from 1986 to 2007 on the relationships between perceived discrimination and health outcomes. The researchers found 110 studies examining the relationship between perceived discrimination and increased symptoms (e.g., depression, anxiety, posttraumatic stress, etc.), psychological distress, and reduced well-being (e.g., lower self-esteem, lower life satisfaction, greater stress, etc.). Their statistical meta-analysis of the results of these studies indicated that perceived discrimination was significantly related to negative mental health outcomes. In my own meta-analyses of 66 studies specifically focused on the mental health impact of racism on Black adults, we found a positive association between racism and psychological distress (Pieterse, Todd, Neville, & Carter, 2012).

For example, Banks, Kohn-Wood, and Spencer (2006) investigated the relationship between perceived everyday (chronic) discrimination, anxiety, and depressive symptoms among 570 African Americans adults. Discrimination was significantly related to symptoms of depression and anxiety. Similarly, Gee, Ryan, Laflamme, and Holt (2006) found three indicators

of racial discrimination, namely goals discrimination (i.e., diminished ability to achieve personal goals because of race), discomfort and anger (e.g., due to interpersonal mistreatment because of one's race), and health care discrimination (i.e., perceptions of receiving suboptimal health care due to one's race), were inversely related to psychological well being. Brondolo, Thompson, Brady, Cassells, and Tobin et al, (2005) also found that lifetime exposure to interpersonal or social ethnic discrimination was positively associated with negative emotions (threat, harm, anger), independent of mood and personality variables, in a sample of Black and Latino adults. Thus, these aforementioned studies provide evidence that encounters with discrimination are consistently associated with poor mental health outcomes.

Researchers also have found that workplace discrimination diminishes psychological well-being, increases psychological distress and is positively associated with high levels of depressive symptoms. In a study that used a nationally representative sample and a local probability sample, and which built on previous studies that explained the psychological impact of workplace discrimination, Forman (2003) found that Black Americans experienced emotional distress, sadness, helplessness and powerlessness in the face of closed off opportunities (e.g., not being trained, being demoted)

Studies that focus exclusively on Black populations show that Black men experience racism as a unique source of stress and that these experiences influence their psychological health. For example, Franklin-Jackson and Carter (2007) found that race-related stress and racial identity statuses were predictors of psychological outcomes (i.e., well-being and distress) among Black men, and that individual experiences of racism that involved being treated poorly predicted greater levels of psychological distress. Pieterse and Carter (2007) reported that stress associated with racist events contributed in a unique and independent fashion to both distress and

well-being. They also found social class differences in racial incidents and psychological reactions with middle-class Black men experiencing more racism-related stress.

Researchers (e.g., Feagin & Sikes, 1994) have shown that Blacks who experience acts of racial discrimination report these incidents as painful, damaging and distressful in the moment, but more importantly, they argue that such incidents have a lasting psychological and emotional impact on individuals. As a result of racial stereotypes Blacks are in many ways limited and often are demeaned for expressions of anger and frustration when subjected to racial encounters. These social and interpersonal restrictions may result in further emotional and psychological harm to those who experience perceived racial hostility. In another study, Lee's (2000) participants' reported that their experiences were hurtful and came with psychological costs such as lack of trust and harm to confidence and sense of self.

Perceived discrimination has also been significantly associated with clinical symptoms and diagnoses. For example, Gee, Spencer, Chen, Yip, and Takeuchi (2007) examined the relationship between self-reported racial discrimination and DSM-IV disorders among Asian Americans using the 2002–2003 US National Latino and Asian American Study (n=2047). After controlling for several confounding variables (e.g., SES, physical conditions, social desirability, etc.), having experiences of discrimination increased the likelihood of having a mental disorder. Specifically, individuals who experienced racial discrimination had twice the risk of having one disorder and three times the risk of having at least two disorders. They also found that the association was stronger for depressive disorders.

Landrine and Klonoff (1996) reported that Black study participants' encounters with perceived racial discrimination was related to low self-esteem as well as a variety of stress-related somatic symptoms. Contrada et al, (2001) reported that perceived discrimination was

related to symptoms of depression. Schneider et al, (2000) found that respondents who experienced racially harassing events reported symptoms of psychological distress. Similarly, Utsey and Payne (2000) explored the relationship between race-related stress, anxiety and depression in Black men. They found that race related stress predicted higher scores on measures of anxiety and depression. Klonoff, Landrine and Ullman (1999) found that racist events were predictive of three types of symptoms, total mental health severity scores, somatization and anxiety. They tested whether stress from perceived racial discrimination added to general life stress and contributed to psychological symptoms and found that race-based stress contributed to all psychological symptoms above and beyond social class and general life stressors. Broman et al., (2000) found that, of the adults studied, targets of discrimination exhibited lower levels of mastery (control and problem solving) and higher levels of psychological distress (feeling depressed, restless, etc.).

Studies show that experiences with racial discrimination may have lasting psychological effects and that these reflect trauma reactions. For example, in a study examining the emotional reactions to experiences with discrimination, Carter et al., (2005b; 2007) found that 74% (173) of the respondents who had encounters with perceived racial discrimination reported lasting psychological effects and many of the symptoms reported were consistent with trauma reactions. Across all events and for all racial groups, extreme emotional distress (36%) was the most frequently reported emotional effect, followed by arousal or hyper-vigilance (15%), lowered self-worth (9%), avoidance or withdrawal (8%) and distrust (8%). In a follow-up investigation Carter et al. (2007) sought to determine whether individuals who experienced racially hostile acts were more likely than individuals who experienced less hostile discrimination to experience psychological injury. The results indicated that participants who experienced racially hostile acts

were significantly more likely to report injurious lasting mental health effects. Carter and Forsyth (2010) also found people of Color who reported direct interpersonal experiences with racism had higher levels of anxiety, guilt/shame, and hypervigilance than those who did not. Racial harassment (hostility) was associated with more hypervigilant and anxious reactions than racial discrimination (avoidance). In general, the aforementioned studies provide evidence that encounters with discrimination are associated with a range of clinical symptoms.

In summary, the research on the mental health impact of racism has found that targets of racial discrimination and harassment experience a range of negative effects as measured by a variety of mental health outcome measures. Many of these studies show that some people suffer psychological distress such as depression, anxiety, and PTSD-symptoms as a result of exposure to racism-related stress (Gee, et al, 2007). Despite the strong empirical evidence indicating that racial minorities who report experiencing racial discrimination or harassment find these encounters to be sources of stress, and that this stress is related to psychological harm in the form of anxiety, depression, lower self worth, and trauma, the mental health impact of racial incidents is not specifically considered in the psychiatric diagnostic manual (DSM-IV TR, American Psychiatric Association, APA, 2000).

*Race-Based Traumatic Stress Injury*

Racism as a stressor functions in the same way as other stressors. The psychological and emotional harm experienced by targets of racial discrimination or harassment is captured in the clinical literature under the category of stress or race-related stress which is defined as a person-environment, biopsychosocial interaction, wherein environmental events such as racial hostility (stressors) are appraised in two ways. First, events are appraised as either desired or unwanted, positive, and/or negative. The initial appraisal is followed by a secondary assessment that is

focused on an effort to cope and adapt to the event(s). If the appraisal is that the stressor is unwanted and negative then some action to cope and adapt is necessary. If coping or adaptation fail, stress reactions intensify.

The extent to which a person is affected by stress depends on their personal characteristics and predispositions.  When coping and adaptation fail one experiences continued stress reactions that have physiological and psychological manifestations.  Trauma is a form of severe stress that is distinct from general life stress in terms of both the nature of the stressor(s) and the type of reaction to the stressor(s). Harm occurs when coping fails, the stress is prolonged, or the stress produces trauma.  Trauma reflects a more intense or severe stress experience characterized by specific types of reactions, signs and symptoms that interfere with a person's capacity to function.  Thus, while a stressful experience can help one adapt, it can also be harmful to one's health (Carlson, 1997).

Pearlin (1989) argued that to understand stress and stress reactions it is essential to consider the role of social structures.  He argued that many stressful experiences occur within the context of structural inequality in society, and that exposure to stress and access to the resources necessary to effectively cope with stress are related to a person's position within society. Low socio-economic status (SES) and membership in a racial minority group are examples of social positions of relative disadvantage in society since people in these positions have less power, influence, and resources as a function of income/wealth and discrimination based on skin-color. For instance, racial minorities make up a disproportionate number of those who are poor, lack education, and have poor health (mental and physical) (IOM Report, 2003). Pearlin argues that some events experienced by people based on race or SES can be particularly severe, and the stress associated with such experiences can become traumatic.

According to Taylor (1999), the intensity of stress increases when an event is perceived as negative or unwanted, unpredictable and uncontrollable. Stress is greater if an unwanted or negative event occurs in central aspects of one's life (i.e., at work, in one's home or family). Researchers report that these types of negative life events tend to be stronger predictors of depression. Stress reactions occur whether the stressor(s) are objective (e.g., sudden death or accident) or subjective (e.g., perceived discrimination), and in research both have been shown to independently predict adverse psychological and health effects. It is important to highlight that some people exposed to stressful situations or events can adapt and cope effectively with them while others may not (Taylor, 1999). Studies have documented a range of mental health effects, which result from the stress of discrimination when efforts to cope with the stress of perceived racial discrimination or a racially hostile environment fail (see previous review).

<u>Race-based traumatic stress</u> is triggered by emotionally painful or negative racial experiences that are sudden and out of one's control, and that result in symptom clusters that include avoidance, arousal and intrusion, as well as other reactions (e.g., depression, anger, anxiety; Carter, 2007). Carlson notes that, "Regardless of whether an event is predictable, it will be traumatizing if it is experienced as uncontrollable and sufficiently negative . . . It seems that predictability could even cause experiences to be more traumatic since the stress and tension of waiting for uncontrollable negative experiences could lengthen the period of distress" (p. 33). It is not possible to know when or how one may encounter specific racial incidents or what emotional or psychological impact the encounter will have. Although "cultural paranoia" may provide some sense of being prepared for potential physical or psychological assault, it cannot help one to know when an event with considerable emotional or psychological power will occur.