Dovidio, J.F., & Gaertner, S. L., (2002). Color blind or just plain blind? The pernicious nature of contemporary racism. *The Non-Profit Quarterly*, 1-5.

Dovidio, J.F., Gaertner, S. L., Kawakami, K., & Hodson, G. (2002). Why can't we just get along? Interpersonal biases and interracial distrust. *Cultural Diversity & Ethnic Minority Psychology, 8,* 88-102.

Dovidio, J.F., & Gaertner, S.L. (2000). Aversive racism in selection decisions: 1989 and 1999. *Psychological Science, 11*, 315-319.

Dovidio, J.F., & Gaertner, S.L. (2001). Racial bias in organizations: The role of group processes in its causes and cures. In M.E. Turner (Ed.), *Groups at work: Theory and research.* Mahwah, NJ: Erlbaum, pp. 415-444.

E.E.O.C. v. Concrete Applied Const. Technologies, [511 F.Supp.2d 334. No.: 03- CV-670. (United States District Court, W.D. New York, 2007)].

Equal Employment Opportunity Commission (2012) Race-based discrimination Charge FY 1997 - FY 2011 Charge receipts filed and resolved under Title VII alleging race-based discrimination   http://www.eeoc.gov/eeoc/statistics/enforcement/race.cfm

Essed, P. (1991). *Understanding Everyday Racism: An Interdisciplinary Theory*. Newbury Park, CA.: Sage Publications.

Feagin, J.R., & Sikes, M.P., (1994). *Living with Racism The Black middle-class experience.* Boston, M.A.: Beacon Press

Feagin, J.R., McKinney, K.D. (2003). *The Many Costs of Racism*. Lanham, MD: Rowman and Littlefield.

Forman, T.A., (2003) The social psychological costs of racial segmentation in the workplace: A study of African Americans' well-being. *Journal of Health and Social Behavior,* 44, 332-352.

Forsyth, J., & Carter, R.T., (2012) The Influence of racial identity status attitudes and racism-related coping on mental health among Black Americans, *Cultural Diversity and Ethnic Minority Psychology, 18(2), 128-140.*

Franklin-Jackson, D.C. & Carter, R.T. (2007) Race related stress, racial identity and psychological health for Black Americans. *Journal of Black Psychology,33(1), 1- 22.*

Frunco Construction Corp., v. Waters, 438 U.S. 567 (1978)

Gaertner, S.L., J.E. Dovidio. (1996). Revisiting the contact hypothesis: The induction of a common ingroup identity. *International Journal of Intercultural Relations, 20*(3,4), 271-90.

Gee, G. C., Ryan, A., Laflamme, D. J., & Holt, J. (2006). Self-reported discrimination and mental health status among African descendants, Mexican Americans, and other Latinos in the New Hampshire REACH 2010 Initiative: The added dimension of immigration. *American Journal of Public Health, 96(10),* 1821-1828.

Gee, G. C., Spencer, M., Chen, J., Yip, T., & Takeuchi, D. T. (2007). The association between self-reported racial discrimination and 12-month *DSM-IV* mental disorders among Asian Americans nationwide. *Social Science & Medicine, 64*(10), 1984–1996.

Gilliam, F.D., Valentino, N.A., & Beckmann, M.N. (2002). Where you live and what you watch: The impact of racial proximity and local television news on attitudes about race and crime. *Political Research Quarterly*, 55(4), 755-780.

Glover v. Saint Louis-San Francisco Railway Co., et al., 393 U.S. 324 (1969)

Goodman v. Lukens Steel Company, 580 F .Supp 1114 (1984)

Guthrie, B.J., Young, A.M., Williams, D.R., Boyd, C., & Kintner, E. (2002). African American girls' smoking habits and day-to-day experiences with racial discrimination. *Nursing Research, 51*(3), 183–90.

Hammond, W. P., Gillen, M. & Yen, I. H. (2010) Workplace discrimination and depressive symptoms: A study of multi-ethnic hospital employees. *Race Soc Probl*, 2(1): 19-30.

Harrell, J.P., Hall, S., & Taliaferro, J. (2003). Physiological responses to racism and discrimination: An assessment of the evidence. *American Journal of Public Health, 93(2),* 243-8.

Hunt, M. (2007). African American, Hispanic, and White beliefs about Black/White inequality, 1977-2004. *American Sociological Review*, *72*, 390-415.

Jackson v. T & N Van Services, 2000 U.S. Dist. Lexis 8499 (E.D. for D. of PA, 2000).

James v. Countrywide Financial Corp, 2012 US Dist. Lexis 12838 (2012)

Jones v. UPS Inc. and Local 41 of International Brotherhood of Teamsters, 461 F.3d 982 (8th Circuit 2006)

Jones, J. (2008, August 4). *Majority of Americans say racism against Blacks widespread*. Retrieved September 22, 2009 from http://www.gallup.com/poll/109258/Majority-Americans-Say-Racism-Against-Blacks-Widespread.aspx

Kalev A. (2009) Cracking the glass cages? Restructuring and ascriptive inequality at work. *American Journal of Sociology, 114*(6), 1591-1643.

Kalev, A., Dobbin F., & Kelly, E. (2006) Best practices or best guess? Assessing the efficacy of corporate affirmative action and diversity policies. *American Sociological Review. 71(4), 589-617.*

Katz, I., & Hass, R. (1988). Racial ambivalence and American value conflict: Correlational and priming studies of dual cognitive structures. *Journal of Personality & Social Psychology, 55(6), 893-905.*

Klonoff, E. & Landrine, H. (1999). Cross validation of the schedule of racist events. *The Journal of Black Psychology, 25,* 231-254.

Kreiger, N. & Sidney, S. (1996). Racial discrimination and blood pressure: The CARDIA study of young Black and White adults. *American Journal of Public Health, 86,* 1370-1378.

Krieger, N. (1990). Racial and gender discrimination: Risk factors for high blood pressure. *Social Science and Medicine 30,* 1273-1281.

Krieger, N., (2001). Theories for social epidemiology in the 21st century: An ecosocial perspective. *International Journal of Epidemiology, 30,* 668–677.

Krieger, N., Smith, K., Naishadham, D., Hartman, C., & Barbeau, E. (2005). Experiences of discrimination: Validity and reliability of self-report measure of population health research on racism and health. *Social Science & Medicine, 61,* 1576-1596.

Krieger, N., Waterman, P.D., Hartman, C., Bates, L.M., Stoddard, A.M., Quinn, M.M., Sorensen, G., & Barbeau, M., (2006). Social hazards on the job: Workplace abuse, sexual harassment, and racial discrimination – A study of Black, Latino and White low-income women and men workers in the United States, *International Journal of Health Service, 6,* 51-85.

Landrine, H. & Klonoff, E. A. (1996). The schedule of racist events. *Journal of Black Psychology, 22*, 144-168.

Landrine, H. & Klonoff, E. A. (2000). Racial discrimination and cigarette smoking among Blacks: findings from two studies. *Ethnicity & Disease, 10(2)*, 195–202.

Lee, J. (2000). The salience of race in everyday life: Black customers' shopping experiences in Black and White neighborhoods. *Work and Occupation, 27*(3), 353-376.

Lee, J., Heilmann, S., & Near, J. (2004). Blowing the whistle on sexual harassment: Test of a model of predictors and outcomes. *Human Relations, 57*, 297-322.

Lewis, T. T., Everson-Rose, S. A., Powell, L. H., Matthews, K. A., Brown, C., Karavolos, K., et al. (2006). Chronic exposure to everyday discrimination and coronary artery calcification in African-American women: The SWAN heart study. *Psychosomatic Medicine, 68*(3), 362–368.

Light, R., Roscigno, V.J., & Kalev, A., (2011). Racial discrimination, interpretation, and legitimation at work. *The ANNALS of the American Academy of Political and Social Science, 64*, 39-59

Local Union 12, United Rubber, Cork, Linoleum & Plastic Workers of America v. NLRB, 368 F.2d 12 (5th Circuit, 1966)

Macklin v. Spector Freight Systems, Inc., 478 F.2d 979 (DC Circuit, 1973)

Martin, J. K., Tuch, S. A., & Roman, P. M. (2003). Problem drinking patterns among African Americans: The impacts of reports of discrimination, perceptions of prejudice, and "risky" coping strategies. *Journal of Health and Social Behavior, 44*, 408-425.

McBrier, D. B., & Wilson, G. (2004). Going down? Race and downward occupational mobility for white collar workers in the 1990s. *Work and Occupations, 31*, 283–322.

McConahay, J.B. (1986) Modern racism, ambivalence, and the modern racism scale. In J.F. Dovidio & S.L. Gaertner (Eds.), *Prejudice, discrimination, and racism* (pp. 91-125). Orlando, FL: Academic.

McDonnell Douglas Corp. v. Green, 411 U.S. 792 (1973).

Miller, C.T. & Kaiser, C.R. (2001). A theoretical perspective on coping with stigma. *Journal of Social Issues, 57,* 73-92.

Mossakowski, K. N. (2003). Coping with perceived discrimination: Does ethnic identity protect mental health?. *Journal of Health and Social Behavior, 44,* 318– 331.

Noh, S., & Kaspar, V. (2003). Perceived discrimination and depression: Moderating effects of coping, acculturation, and ethnic support. *American Journal of Public Health, 93*(2), 232–238.

Paap, K. (2008). How good men of the union justify inequality: Dilemmas of race and labor in the building trades. *Labor Studies Journal, 33*(4), 371-392.

Paradies, Y., (2006).  A systematic review of empirical research on self-reported racism and health.  *International Journal of Epidemiology, 10,* 1-14.

review. *Psychological Bulletin, 135(4),* 531-554

Pearlin, L.I. (1989). The sociological study of stress. *Journal of Health and Social Behavior, 30*(3), 241-256.

Pieterse, A. L., & Carter, R. T., (2007) An examination of the relationship between general life stress, racism-related stress and psychological health among Black men. *Journal of Counseling Psychology,* 54 (1), 101-109.

Pieterse A. L., Todd, N., Neville, H.A., & Carter, R.T., (2012) Perceived racism and mental health among Black Americans: A Meta-Analytic Review *Journal of Counseling Psychology, 59(1), 1-9.*

Rivers v. Roadway Express, Inc., 511 U.S. 298 (1994).

Robinson v. Llorillard Corp, 444 F.2d 791 (4th Circuit 1971; Water v. Wisconsin Steel Works of International Harvester Company, 502 F.2d 1309, (7th Circuit, 1974).

Roediger, D. R., (1999). *The wages of whiteness: Race and the making of the American working class*. New York: Verso.

Rosado, C. (1998). *The Multiple features of racism*. Retrieved on September 22, 2009 Fromhttp://curry.edschool.virginia.edu/go/multicultural/papers/caleb/futures_of_racism.html

Roscigno, V. J., Garcia, L., & Bobbitt-Zener, D. (2007). Social closure and processes of race/sex employment discrimination. *Annals of the American Academy of Political and Social Sciences, 609*, 16–48.

Roscigno, V., Karaffin, D.L., & Tester, G. (2009). The complexities and process of racialhousing discrimination. *Social Problems, 56(1)*, 49-69.

Roscigno, V.A., Williams, L.M., & Byron, R.A. (2012). Workplace racial discrimination and middle class vulnerability. *American Behavioral Scientist  56*(5),  696-710.

Ruggiero, K. & Taylor, D. (1997). Why minority groups perceive or do not perceive the discrimination that confronts them: The role of self-esteem and perceived control. *Journal of Personality and Social Psychology, 72*, 373-389.

Saad, L. (2005). Americans mostly upbeat about current race relations. *Gallup Poll News Service*, Washington, D.C. July 14.

Sanders-Thompson, V.L., (2002). Racism: Perceptions of distress among African Americans. *Community Mental Health Journal, 38*, 111-118.

Schneider, K.T., Hitlan, R.T.& Radhakrishnan, R. (2000). An examination of the nature and correlates of ethnic harassment experiences in multiple contexts. *Journal of Applied Psychology, 85*(1), 3-12.

Seligman, L., Welch, S., Bledsoe, T. & Combs, M. (1997). Police brutality and public perceptions of racial discrimination: A tale of two beatings. *Political Research Quarterly*, 50, 777-791.

Sellers, S. L., Bonham, V., Neighbors, H. W., & Amell, J. W. (2006). Effects of racial discrimination and health behaviors on mental and physical health of middle-class African American men. *Health Education & Behavior: The Official Publication of the Society for Public Health Education.*

Shulz, A.J., Gravlee, C.C., Williams, D.R., Israel, B.A., Mentz, G., & Rowe, Z. (2006). Discrimination, symptoms of depression, and self-rated health among African American women in Detroit: Results from a longitudinal analysis. *American Journal of Public Health, 96*(7), 1265.

Smedley, B. D., Stith, A. Y., & Nelson, A. R. (Eds.). (2003). Unequal treatment: Confronting racial and ethnic disparities in health care. *Institute of Medicine*, Washington, DC: National Academic Press.

Stangor, C., Swim, J., Van Allen, K., & Sechrist, G. (2002) Reporting discrimination in public and private contexts. *Journal of Personality and Social Psychology, 82*, 69-74.

Steele v. Louisville & Nashville Railroad Co., et al., 323 U.S. 192 (1944)

Taylor, S. E. (1999). *Health Psychology* (4th ed). Boston: McGraw-Hill.

Thompson, C.E., & Neville, H. A. (1999). Racism, mental health, and mental health practice. *The Counseling Psychologist, 27*, 155-223.

Title VII Civil Rights Act of 1866, 42 U.S.C.S. § 1981.

Title VII Civil Rights Act of 1964, 42 U.S.C.S. § 2000e et seq.

Title VII Civil Rights Act of 1991, 42 U.S.C.S. § 2000.

Unnever, J. & Cullen, F. (2007a). Reassessing the racial divide in support for capital punishment: The continuing significance of race. *Journal of Research in Crime and Delinquency, 44*, 124-158.

Unnever, J. & Cullen, F. (2007b). The racial divide in support for the death penalty: Does White racism matter? *Social Forces, 85*, 1281-1301.

US Department of Health and Human Services. (USDHHS). (2001). Mental health: culture, race, and ethnicity: A supplement to mental health; *A Report of the Surgeon General.* Washington, D.C.: Author.

Utsey, S. O., & Payne, Y. A. (2001). Examining the differential psychological and emotional impacts of race-related stress in a clinical versus normal sample of African American men. *Journal of African American Men, 5*(3), 59-74.

Vaca v. Sipes, 386 U.S. 171 (1967).

Wasti, S. & Cortina, L. (2002). Coping in context: Sociocultural determinants of responses to sexual harassment. *Journal of Personality and Social Psychology, 83*, 394-405.

Whaley, A.L. (2001). Cultural mistrust: An important psychological construct for diagnosis and treatment of African Americans. *Professional Psychology, Research, and Practice, 32*(6), 555-562.

Williams, D. R. & Williams-Morris, R., (2000). Racism and mental health: the African-American experience. *Ethnicity and Health, 5*, 243-268.

Williams, D.R., & Mohammed, S.A., (2009) Discrimination and racial disparities in health: Evidence and needed research. *Journal of Behavioral Medicine, 32,* 20-47.