Appendix A

Penn Aluminum Files

## A

Client Name: Donna Adams
    *Disciplinary Report- 2008-2010

Client Name: Kent Aspen
    *Disciplinary Report- 2007-2011
    * Email from Ratajczyk, James to Walker, James
        -March 2009 about writing up Kent Aspen

## B

Client Name: David Billups

2006
    *Employee Appraisal- 5/9/2006
        -Performance Only Review and Annual Review
    *Disciplinary Report- 5/1/2006
        -substandard work

2007
    *Disciplinary Report-5/4/2007
        -substandard work
    *Disciplinary Report- 9/11/2007
        -unexcused absence
    *Employee Appraisal- 10/17/2007
        -Performance Only Review and Annual Review

2008
    *Grievance Report- 10/9/2008

2009
    *Employee Appraisal- 2/17/2009
        -Performance Only Review and Annual Review

2010
    *Disciplinary Report- 8/2/2010
        -unexcused absence

Client Name: Josh Burrow

\*Disciplinary Reports from 2007-2011

Client Name: Robert Brazas

\*Disciplinary Reports from 2010-2011

Client Name: Patric Byram

2008
*Employee Appraisal- 3/26/2008
-Performance Only Review and Annual Review

Client Name: Tim Bodkin

2009
*Disciplinary Report- 6/25/2009
-substandard work
*Disciplinary Report – 9/17/2009
-failure to meet qualifications for job

Client Name: Donald Wayne Burris

2008-2011 *Disciplinary Reports

Client Name: Eric Bridges

2011
*Disciplinary Report- 10/28/2011
-unexcused ansence

Client Name: Todd Boomer

2007
*Disciplinary Report- 4/3/2007
-substandard work
*Grievance Report-4/10/2007

Client Name: Deborah Bell

2008
*Disciplinary Report- 5/7/2008
-substandard work

Client Name: Mike Bean

2010
    *Disciplinary Report- 4/26/2010
        -substandard work

Client Name: Keith Brown

2007-2009
    *Disciplinary Reports

Client Name: Brad Brown

2010
    *Disciplinary Reports

Client Name: Sharon Compton

2009-2011
    *Disciplinary Reports

Client Name: Steven Chwarczinski

2007
    *Disciplinary Report- 9/19/2007
        -unexcused absence

## D

Client Name: Jennifer Dunning

2007
    *Disciplinary Reports

Client Name: Teri Davis

2006
    *Email from Drake, Jeff to Jennifer Porter – 7/11/2006
        -writing up Teri Davis
    *Employee Appraisal- 6/26/2006
        -Performance Only Review
2007
    *Employee Appraisal- 10/17/2007
        -Performance Only Review and Annual Review
2009
    *Employee Appraisal-9/2/2009
        -Performance Only Review

   *Note from Paul Crawford to Dan Mann-2/8/2009
     -written warning given to Teri Davis
 2010
   *Employee Appraisal- 8/20/2010
     - Performance Only and Annual Review
   *Disciplinary Report- 7/12/2010
     -Carelessness
   *Email from Drake, Jeff to Georgia Baine
     - Teri Davis working elsewhere
 2011
   *Email from Crawford, Paul to Walker, Jamie- 6/17/2009
     -Teri's work performance
   *Disciplinary Report- 6/14/2011
     -substandard work

Client Name: Glen Engelhardt

2007
   *Disciplinary Report- 1/2/2007
     -AWOL
2008
   *Disciplinary Report- 6/27/2008
     -unexcused absence

Client Name: Joe Estes

2007
   *Employee Appraisal- 10/17/2007
     -Performance and Annual Review

Client Name: John Green

2008
   *Employee Appraisal- 3/26/2008
     -Performance and Annual Review

Client Name: Stuart Eldridge

2008
   *Disciplinary Report- 4/13/2008
     -substandard work

## F

Client Name: Brandy Fischer

2008
    *Disciplinary Report- 4/8/2008
        -substandard work

## G

Client Name: Chuck Gills

2008-2010
    *Disciplinary Reports

Client Name: Thomas George

2007-2010
    *Disciplinary Reports

Client Name: Sharon Galbraith

2007
    *Disciplinary Report- 10/29/07 and 10/30/07
        -unexcused absences
2008
    *Employee Appraisal- 3/26/2008
        -Annual Review

Client Name: John Green

2008
    *Employee Appraisal- 3/26/2008
        -Annual Review

Client Name: Henry Galbraith

2008-2010
    *Disciplinary Reports

## H

Client Name: Kathy Hankla

2008
    *Employee Appraisal- 3/26/2008

Client Name: Carol Hoppe

2009
    *Disciplinary Report- 1/21/2009
        -failure to follow instructions

Client Name: Derek Huff

2011
    *Disciplinary Report- 5 reports all in 2011

Client Name: John Hartung

2009
    *Email from Skeens, Daniel to Walker, Jamie permission to write up John Hartung- 1/23/2009

# I

Client Name: Bryan Ingram

2008- 2010
    *Disciplinary Reports

# J

Client Name: Ken Joiner

2008
    *Employee Appraisal- 2/7/2008
        -annual review

Client Name: Bryan Jackson

2008-2010
    *Disciplinary Reports

# L

Client Name: Kevin Leehy

1999
    *Employee Appraisal

-Performance and Annual

**2000**

*Disciplinary Report- 9/27/00

**2004**

*Employee Appraisal-1/14/2004
-Performance and Annual

**2005**

*Employee Appraisal- 5/17/2005
- Performance and Annual

**2006**

*Employee Appraisal- 6/26/2006
-Performance and Annual

**2007**

*Employee Appraisal- 7/19/2007
-Performance and Annual

**2010**

*Employee Appraisal- 4/22/2010
-Performance and Annual

Client Name: Matthew Lee

**1993**

*Counseling Session- 6/24/1993
-packing procedures

**1997**

*Disciplinary Report- 3/27/1997
-AWOL

**2002**

*Employee Appraisal- 8/20/2002
-Annual and Performance

*Disciplinary Report- 7/31/2002
-substandard work

*Disciplinary Report- 9/19/2002
-substandard work

**2003**

*Employee Appraisal- 10/10/2003

    -Annual and Performance

2004
  *Employee Appraisal- 10/21/2004
    -Annual and Performance

2005
  *Employee Appraisal – 12/28/2005
    -Annual and Performance

2006
  *Employee Appraisal – 7/28/2006
    -Annual and Performance

2007
  *Employee Appraisal- 10/17/2007
    -Annual and Performance

2009
  *Employee Appraisal- 2/17/2009
    -Annual and Performance

Client Name: Riley Little

1997
  *Employee Appraisal-5/9/1997
    -Probationary Review
1998
  *Employee Appraisal-2/11/1998
    -Annual Review
1999
  *Disciplinary Report- 5/19/2009
    -substandard work
2000
  *Employee Appraisal- 2/17/2000
    -Annual Review
  *Disciplinary Report- 8/23/2000
    -id badge

2001
  *Disciplinary Report- 9/25/2001
    -substandard work
  *Disciplinary Report-9/11/2001
    -no id badge

2002

*Disciplinary Report- 10/29/2002
    -AWOL
*Disciplinary Report – 4/12/2001
    -substandard work
*Disciplinary Report- 7/23/2002
    -no ID badge

2003
    *Disciplinary Report- 6/5/2003
        -no ID badge
    *Disciplinary Report- 6/6/2003
        -no ID badge
    *Disciplinary Report- 9/11/2003
        -no ID badge
    *Employee Appraisal – 8/8/2003
        -Annual Review and Performance Review

2005
    *Disciplinary Report 10/20/2005
        -no ID badge

2006
    *Employee Appraisal 11/7/2006
        -Annual and Performance Review
    *Disciplinary Report 4/26/2006
        -no ID badge

2008
    *Employee Appraisal 2/7/2008
        -Annual and Performance Review

## M

Client Name: Moultrie, Levia
    1995
        * Disciplinary Report 4/17/1995
            -Unexcused absence
        *Disciplinary Report 8/28/1995
            -Unexcused absence
            -Tardiness

    1996
        *Disciplinary Report 4/17/1996
            -Unexcused absence
        *Disciplinary Report 9/8/1997
            -Unexcused absence
        *Disciplinary Report 11/6/1996
            -Unexcused absence

1997
*Counseling Session Letter 7/22/1997
    -Employee damaged the overhead crane

1998

*Counseling Session Letter 4/20/1998
    -Employee while operating a fork truck ran into the Fab overhead door
*Disciplinary Report 6/16/1998
    -Unexcused absence

1999

*Disciplinary Report 1/5/1999
    -Unexcused absence
    -Tardiness

2000
*Employee Appraisal 8/1/2000
    -Performance only review
*Incident Report 11/7/2000
    -Overloaded material cart

2001

*Employee Appraisal 06/22/2001
    -Annual review and performance only review
*Disciplinary Report 11/29/2001
    -Unexcused absence

2002
*Disciplinary Report 3/22/2002
    -Unexcused absence/ attached days of suspension
*Disciplinary Report 10/15/2002
*Employee Appraisal 11/4/2002
    - Annual review

2003
*Disciplinary Report 10/3/2003
    -Unexcused absence

2004
*Employee Appraisal 1/14/2004
    -Performance only review
*Disciplinary Report 2/9/2004

2005
*Disciplinary Report 11/1/2005

2006
*Employee Appraisal 4/13/2006
    -Performance only review

2007
*Employee Appraisal 10/17/2007
    -Performance only review

2008
*Department of Human Rights Document
*File from Paul Crawford- 10/20/2008
    -Conference with Levia Moultrie
*Disciplinary Report 09/16/2008
    -unsafe act
*Summary of Communications

2009
*Email from Georgia Baine- 2/27/2009
    -conversation with Levia Moultrie
*Employee Appraisal- 2/17/2009
*Department of Human Rights Document- 8/19/2009
*File from Paul Crawford
    -incident 2/21/2009
*Documents from Department of Human Rights- 10/6/2009
*Email from Paul Crawford to Drake, Jeff and Baine, Georgia
    -conversation 3/4/2009
*Email from Drake, Jeff 3/5/2009
    -incident
*Email from Crawford, Paul 4/2/2009
    - work performance of Levia Moultrie
*Documents from Department of Human Rights- 10/14/2009
*Department of Human Rights Investigation Report

2010
*Employee Appraisal- 4/22/2010
*Letter from Department of Human Rights- 6/28/2010
*Letter from Department of Human Rights -7/31/2010
*Witness Statement Form- 10/7/2010
    witness: Georgia Baine
*Documents from Department of Human Rights- 6/16/2010

2011
*Disciplinary Report- 6/30/2011