- other no ID badge
  * Notes from conversation between Dan Mann and Levi Moultrie
    -12/14/2011

  2012
  *Documents from Thompson Coburn- 06/26/2012
  *Grievance Report- 1/19/2012
  *Letter from Georgia Baine to Dan Mann- 2/1/2012
    -regarding grievance report for Levi Moultrie
  *Case Assignment and Chronology: DeeAnn Hammack
    -Levi Moultrie

Client Name: Reah McKinney

  2007
  *Disciplinary Report- 11/12/2007
    -unsafe act
  *Disciplinary Report- 2/20/2007
    -unsafe act
  *Disciplinary Report- 11/1/2010
    -substandard work

Client Name: Jack McCarty

  2008
  *Disciplinary Report- 10/2/2008
    -unexcused absence
  *Disciplinary Report- 5/14/2008
    -unexcused absence
  * ENTIRE FILE IS ALL DISCIPLINARY REPORTS 2008-2011

Client Name: Tim McClanahan

  2007
  *Disciplinary Report- 4/10/2007
    -unsafe act
  *Disciplinary Report – 5/24/2007
    -unexcused absence
  *Disciplinary Report- 6/20/2007
    -substandard work
  *ENTIRE FILE IS ALL DISCIPLINARY REPORTS 2008-2007


Client Name: Julian Maynard
  *Disciplinary Report- 5/25/2007
    -unexcused absence

Client Name: Rhonda Mare
   *Disciplinary Report- 4/26/2007
         -substandard work

Client Name: Harold Mansfield
   *Disciplinary Report- 4/19/2008
         -substandard work

Client Name: Robert Marfio
   *Disciplinary Report- 1/11/2007

Client Name: Melinda Moll
   *Disciplinary Reports- 2007-2011

Client Name: Jerry Miller

1996
   *Disciplinary Report- 7/12/1996
      -unexcused absence
1998
   *Employee Appraisal- 12/2/1998
      -Performance Only Review
1999

   *Employee Appraisal- 11/1/1999
      - Annual Review
   *Employee Appraisal- 2/23/1999
      - Performance Only Review
2001
   *Employee Appraisal- 10/5/2001
      -Annual Review

2002
   *Employee Appraisal- 11/4/2002
      -Performance Only Review
2004
   *Employee Appraisal- 10/21/2004

2005
   *Employee Appraisal-10/7/2005
2006
   *Employee Appraisal- 10/24/2006
      -Performance Only Review
2007
   *Employee Appraisal- 12/27/2007

# N

Client Name: Randy Newfarmer

2008
    *Disciplinary Reports 11/10 and 1/9

# O

Client Name: Dale Olmsted

2008
    *Disciplinary Report- 5/11/2008
       -violation of safety rules and not reporting accident

# P

Client Name: Jack Pierce

2003
    *Disciplinary Report- 11/19/2003
       -substandard work
    *Employee Appraisal -6/5/2003
       -probationary review

2004
    *Employee Appraisal-6/2/2004
       -Performance and Annual

2007
    *Employee Appraisal- 12/4/2007
       -Wage Review

Client Name: Walter Poole

2008
    *Employee Appraisal- 3/26/2008
       -Annual and Performance Review

2009
    *Employee Appraisal- 10/12/2009
       -Probationary Review

2010
    *Disciplinary Report- 2/18/2010
       -Failure to follow instructions
       -substandard work

2011
    *Disciplinary Report- 3/28/2011

       -unexcused absence
*Disciplinary Report- 10/6/2011
       -unexcused absence

## Q

Client Name: John Quinn

2007
    *Employee Appraisal-8/15/2007
       -Probationary Review
       -Performance Review

2008
    *Employee Appraisal- 10/27/2008
       -Annual and Performance Only Review

2011
    *Disciplinary Report- 8/4/2007
       -Unsafe act/unaware of surroundings

## R

Client Name: Lynn Rosenberry
2008
    *Employee Appraisal 3/26/2008

Client Name: Jeff Robertson
2008
    *Employee Appraisal 2/7/2008

Client Name: Eric Ripley
2008
    *Disciplinary Report 4/19/2008

Client Name: Mike Robertson
2002

    *Employee Appraisal 4/2/2002
       -other promotion
    *Employee Appraisal 6/14/2002
       - Performance Only Review
    *Email from Moore, Stephen to French, Jennifer 10/26/2002
       -disqualified from a lead person position (Mike Robertson)

2003
    *Disciplinary Report 3/18/2003
       -substandard work

2004

   \*Employee Appraisal 1/14/2004
    -Performance Only and Annual Review
2005
   \*Employee Appraisal 1/6/2005
    -Performance and Annual Review
2006
   \*Employee Appraisal 6/26/2006
    -Performance and Annual Review
2007
   \*Disciplinary Report 2/20/2007
    -no ID badge
   \*Employee Appraisal 10/17/2007
    -Performance and Annual Review
2008
   \*Employee Appraisal 2/17/2009
    -Performance and Annual Review
   \*Disciplinary Report 11/17/2009
    -Violation of company rules of conduct
   \*Grievance Report 9/5/2008

Client Name: Tony Rendleman
2006
   \*Employee Appraisal 7/24/2006
    -Probationary Review
    -Performance Only
   \*Disciplinary Report 6/15/2006
    -other
   \*Disciplinary Report 10/25/2006
    -substandard work
   \*Employee Appraisal 7/24/2006
    -Probationary and Performance Only
2007
   \*Disciplinary Report 11/16/2007
2008
   \*Disciplinary Report 6/3/2008
    -no ID badge
   \*Disciplinary Report 8/18/2008
    -unexcused absence
   \*Disciplinary Report 5/12/2008
    -violation of safety rules
2011
   \*Disciplinary Report 11/23/11
    -unsafe act

Client Name: Thomas Robertson
1999

```
            *Disciplinary Report 6/29/99
                -unexcused absence
    2000
            *Disciplinary Report 3/22/00
                -unexcused absence
    2001
            *Employee Appraisal 1/24/2001
                -Annual and Performance Review
    2002
            *Employee Appraisal 7/18/2002
                -Annual and Performance Review
    2003
            *Employee Appraisal 9/9/2003
                -Annual and Performance Review
    2004
            *Disciplinary Report 11/3/2004
                -unexcused absence
    2005
            *Employee Appraisal 1/6/2005
                -Annual and Performance Review
    2006
            *Employee Appraisal 6/26/2006
                -Annual and Performance Review
    2007
            *Employee Appraisal 10/17/2007
                -Annual and Performance Review
                -Promotion to leadman
    2008
            *Disciplinary Report 7/14/2008
                -substandard work
                -unaware of surroundings
    2007
            *Employee Appraisal 12/27/2007
                -wage and annual review
    2009
            *Disciplinary Report 1/21/2009
                -substandard work
            *Employee Appraisal 2/17/2009
                -Annual and Performance Review
    2010
            *Employee Appraisal 4/22/2010
                -Annual and Performance Review
    2011
            *Disciplinary Report 4/18/2011
                -leaving without permission
```

**S**

Client Name: Paul Shank
2001
- *Employee Appraisal- 2/1/2001
  - -Probationary and Performance Only Review
- *Employee Appraisal – 8/31/2001
  - -Annual and Performance Review

2003
- *Employee Appraisal 10/28/2003
  - -Annual and Performance Only Review

2004
- *Disciplinary Report 4/29/2004
  - -Substandard work
- *Grievance Report 5/14/2004
- *Disciplinary Report 3/19/2004
  - -Harassment
  - -Violation of company rules of conduct

2005
- *Employee Appraisal 1/6/2005
  - -Annual and Performance Review
- *Disciplinary Report 11/14/2005
  - -Unsafe act
- *Employee Appraisal 12/28/2005
  - -Annual and Performance Review

2007
- *Employee Appraisal 6/6/2007
  - -Annual and Performance Review

2008
- *Employee Appraisal 6/11/2008
  - -Annual and Performance Review

2010
- *Employee Appraisal 4/22/2010
  - -Annual and Performance Review
- *Disciplinary Report 7/16/2010
  - -No ID badge

2012
- *Disciplinary Report 1/18/2012
  - -No ID badge

**T**

Client Name: Ric Trujillo

Client Name: Kelly Tanner
1999

  *Disciplinary Report- 10/7/1999
   -No ID badge

2000
  *Employee Appraisal-5/19/2000
   -Annual and Performance
2001
  *Employee Appraisal 4/25/2001
   -Annual and Performance
2002
  *Employee Appraisal 7/17/2002
   -promotion to Press Leadman
2003
  *Employee Appraisal 10/10/2003
   -Annual and Performance
2004
  *Employee Appraisal 10/21/2004
   -Annual and Performance
2005
  *Employee Appraisal 11/9/2005
   -Annual and Performance
2007
  *Disciplinary Report 5/21/2007
   -Substandard work
2008
  *Email from Ratajczyk, James to Walker, Jamie
   -Permission to write up Kelly Tanner for substandard work 8/11/08
2009
  *Disciplinary Report 2/2/2009
   -Substandard work
  *Disciplinary Report 5/20/2009
   -Unexcused absence
  *Disciplinary Report 5/27/2009
   -Unexcused absence
*Suspension dates 6/8-6/10

  *Written Note on 2/16/2009
  *Grievance Report 2/10/2009
  *Follow up meeting notes with Kelly Tanner 2/24/2009
  *Employee Appraisal 2/17/2009
   Annual Review and Performance

V

Client Name: Elmer Vachata

2008

    *Employee Appraisal 2/7/2008
        -Annual and Performance Review

## W

Client Name: Keith Williams
2008
    *Employee Appraisal- 3/26/2008
        - Annual and Performance

Client Name: Cora Williams
2008
    *Disciplinary Report- 10/3/2008
        -Unsafe act