IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LEVIA MOULTRIE,**

       **Plaintiff,**

v.

**PENN ALUMINUM INTERNATIONAL, LLC, THE MARMON GROUP, LLC, and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO, LOCAL 702,**

       **Defendants.**                 **No. 11-cv-500-DRH**

## ORDER

**HERNDON, Chief Judge:**

Before the Court is plaintiff Levia Moultrie's notice of voluntary of dismissal with prejudice (Doc. 189) as to plaintiff's claims against defendant International Brotherhood of Electrical Workers, AFL-CIO, Local 702 ("Local 702"). The Court hereby acknowledges the voluntary dismissal and finds that all of plaintiff's claims plead in the complaint against Local 702 are dismissed with prejudice, each party to bear their own fees and costs. Local 702 is terminated from this case. This also renders moot Local 702's motion for summary judgment (Doc. 167). Accordingly, that motion is denied as moot. Furthermore, the parties are hereby directed to file a status report regarding the mandatory mediation the Court ordered at docket entry

180.  This report can be filed jointly if agreed to by the parties.  That report is due by November 14, 2012.

**IT IS SO ORDERED.**

**Signed this 9th day of November, 2012.**

Digitally signed by David R. Herndon
Date: 2012.11.09 10:46:42 -06'00'

**Chief Judge**
**United States District Court**