UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

LEVIA MOULTRIE,

    **Plaintiff,**

v.

**PENN ALUMINUM INTERNATIONAL,**
LLC, et al,

    Defendants.                       No. 11-cv-500-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting Defendant Penn Aluminum International, LLC's Motion for Summary Judgment (Doc, 201) entered on May 2, 2013, the Order re: Notice of Voluntary Dismissal (Doc. 128) entered on July 31, 2012 and the Order re: Notice of Voluntary Dismissal (Doc. 190) entered on November 9, 2012, all claims against all Defendants are dismissed with prejudice. Judgment is entered in favor of Defendant Penn Aluminum International, LLC.

                                            NANCY J. ROSENSTENGEL,
                                            CLERK OF COURT

                                            BY:     /s/*Sara Jennings*
                                                           **Deputy Clerk**

Dated:  May 3, 2013

Digitally signed by David R. Herndon
Date: 2013.05.03 08:48:06 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT